IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALIH BAJRAMI,<br><br>   *Plaintiff,*<br><br> v.<br><br>RELIANCE STANDARD LIFE INSURANCE CO.,<br><br>   *Defendants.* | CIVIL ACTION No. 18-cv-162 |

## ORDER

**AND NOW**, this 27th day of September 2018, upon consideration of the pending motions and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

 1. Plaintiff's Motion to Remand [Doc. No. 12] is **GRANTED**. The case is **REMANDED** to the Court of Common Pleas of Philadelphia County where it was filed at December Term 2017, No. 1395.

 2. Defendant's Motion to Dismiss [Doc. No. 4] is **DISMISSED AS MOOT**.

 3. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

            **BY THE COURT:**

            **/s/ Cynthia M. Rufe**

            _____

            **CYNTHIA M. RUFE, J.**